# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CWS CONTRACTORS, LLC AND CHRIS ARNOLD,<br><br>　　　　Defendants. | Case No. 2:17-cv-00364-APG-CWH<br><br>**ORDER STAYING CASE** |

　　　In light of the notice of bankruptcy (ECF No. 3),

　　　IT IS ORDERED that this case is STAYED pending resolution of defendant CWS Contractors, LLC's bankruptcy proceedings. This stay applies only to defendant CWS Contractors, LLC.

　　　IT IS FURTHER ORDERED that the parties shall file a status report regarding the bankruptcy proceedings by October 11, 2017.

　　　DATED this 11th day of April, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE