# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST, *et al.*, | Case No. 2:17-cv-00364-APG-CWH |
| Plaintiffs, | **ORDER STAYING CASE** |
| v. | |
| CWS CONTRACTORS, LLC AND CHRIS ARNOLD, | |
| Defendants. | |

In light of the notices of bankruptcy (ECF Nos. 3, 6),

IT IS ORDERED that this case is STAYED pending resolution of the defendants' respective bankruptcy proceedings.

IT IS FURTHER ORDERED that the parties shall file a status report regarding the bankruptcy proceedings by April 20, 2018.

DATED this 12th day of October, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE