# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST, et al., | Case No.: 2:17-cv-00364-APG-CWH |
| Plaintiffs | **Order for Status Report** |
| v. | |
| CWS CONTRACTORS, LLC and CHRIS ARNOLD, | |
| Defendants | |

IT IS ORDERED that the remaining parties shall file a joint status report on or before February 28, 2019.

DATED this 6th day of February, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE